# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

—————————————

No.  25-2620

—————————————

Boechler, P.C.

Appellant

v.

Commissioner of Internal Revenue

Appellee

Appeal from United States Tax Court
(18578-17L)

**JUDGMENT**

Before LOKEN, GRUENDER, and KELLY, Circuit Judges.

This appeal from the United States Tax Court was submitted on the record of the tax court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the order of the tax court in this cause is affirmed in accordance with the opinion of this Court.

August 10, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler